# Exhibit A

| | |
|---|---|
| **From:** | Alberto.Zavalia@sancor.com.ar |
| **To:** | Sophie.Beerepoot@Stibbe.com |
| **Cc:** | Watt, Ainsley; Brent VanNorman; Kennedy, Christopher; cmelhem@allende.com; Daisy Nijkamp; Eduardo.Zago@sancor.com.ar; Iigtof; Job van Hooff; Marcelo.Gornati@sancor.com.ar; MTipton@TriLincGlobal.com; raymond.busuttil@iigbank-malta.com; Regelmann@thsh.com; Riela@thsh.com; Siciliano, Ralph A.; tallende@beccarvarela.com |
| **Subject:** | RE: RV: [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí [STIBBE-Legal.FID612481] |
| **Date:** | Tuesday, October 19, 2021 9:48:56 AM |
| **Attachments:** | ATT00004.png |

**[EXTERNAL EMAIL]**

Estimada Sophie,

Gracias por su correo.
Estamos de acuerdo con el monto del capital adeudado aunque tenemos una diferencia con el monto de los intereses.
Sin perjuicio de ello, trabajaremos en la preparación del plan de reestructuración de la deuda.
Le solicitamos que en cuanto cuenten con la confirmación y autorización judicial de los montos, nos lo hagan saber.
Le enviamos un cordial saludo.

Dear Sophie,

Thanks for your email.
We agree with the amount of principal owed although we have a difference with the amount of interest.
Notwithstanding this, we will work on the preparation of the debt restructuring plan.
We ask you to let us know as soon as you have the confirmation and judicial authorization of the amounts.

Regards.



**Alberto Zavalía Lagos**
*Gerente del Departamento de Asuntos Jurídicos*
**SanCor Cooperativas Unidas Limitada**
Ruta Panamericana Km 25,5 (B1611DFO)
Don Torcuato, Prov. Buenos Aires, Argentina
T.E. (5411) 4748-5300
Celular (54911) 3071-1634
alberto.zavalia@sancor.com.ar

---

De:   Sophie Beerepoot <Sophie.Beerepoot@Stibbe.com>
Para:   "Alberto.Zavalia@sancor.com.ar" <Alberto.Zavalia@sancor.com.ar>, "Eduardo.Zago@sancor.com.ar" <Eduardo.Zago@sancor.com.ar>, "Marcelo.Gornati@sancor.com.ar" <Marcelo.Gornati@sancor.com.ar>,
cc:   "Kennedy, Christopher" <chris.kennedy@alvarezandmarsal.com>, "Watt, Ainsley" <ainsley.watt@alvarezandmarsal.com>, "MTipton@TriLincGlobal.com" <MTipton@TriLincGlobal.com>, Brent VanNorman <BVanNorman@trilincglobal.com>, "raymond.busuttil@iigbank-malta.com" <raymond.busuttil@iigbank-malta.com>, "Regelmann@thsh.com" <Regelmann@thsh.com>, "Riela@thsh.com" <Riela@thsh.com>, "Siciliano, Ralph A." <Siciliano@thsh.com>, "tallende@beccarvarela.com" <tallende@beccarvarela.com>, "cmelhem@allende.com" <cmelhem@allende.com>, "Job van Hooff" <Job.vanHooff@Stibbe.com>, Daisy Nijkamp <Daisy.Nijkamp@Stibbe.com>, ligtof <ligtof@Stibbe.com>
Fecha:   18/10/2021 05:00 a.m.
Asunto:   RE: RV: [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí [STIBBE-Legal.FID612481]

Dear Alberto,

We understand you have had discussions with STFF regarding Sancor's outstanding debt under the loan granted by IIG TOF BV. As explained by STFF, the numbers remain subject to final confirmation and our supervisory judge's authorization. However, for purposes of preparing its restructuring plan, Sancor can work with the following numbers: the principal debt is US$34,476,796 and the interest accrued to 31 October 2021 is US$15,808,650.65, therefore the total debt as at 31 October 2021 will be US$50,285,446.65.

Best,
On behalf of the bankruptcy trustee of IIG TOF B.V.,
Sophie

| Sophie Beerepoot |
| --- |
| **Stibbe N.V.** |
| Advocaat<br>T +31 20 546 08 65<br>M +31 6 154 300 97<br>Sophie.Beerepoot@Stibbe.com |
| Beethovenplein 10 - 1077 WM Amsterdam - The Netherlands<br>P.O. Box 75640 - 1070 AP Amsterdam - The Netherlands |

**From:** Alberto.Zavalia@sancor.com.ar <Alberto.Zavalia@sancor.com.ar>
**Sent:** dinsdag 28 september 2021 16:59
**To:** Sophie Beerepoot <Sophie.Beerepoot@Stibbe.com>
**Cc:** Watt, Ainsley <ainsley.watt@alvarezandmarsal.com>; Brent VanNorman <BVanNorman@trilincglobal.com>; Kennedy, Christopher <chris.kennedy@alvarezandmarsal.com>; cmelhem@allende.com; Daisy Nijkamp <Daisy.Nijkamp@Stibbe.com>; Eduardo.Zago@sancor.com.ar; Iigtof <Iigtof@Stibbe.com>; Job van Hooff <Job.vanHooff@Stibbe.com>; Marcelo.Gornati@sancor.com.ar; MTipton@TriLincGlobal.com; raymond.busuttil@iigbank-malta.com; Regelmann@thsh.com; Riela@thsh.com; Siciliano, Ralph A. <Siciliano@thsh.com>; tallende@beccarvarela.com
**Subject:** RE: RV: [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí [STIBBE-Legal.FID612481]

Estimada Sophie

Gracias por su respuesta.

Confirmo recepción de la documentación que acredita al señor Job van Hooff como síndico de IIG TOF B.V.

Cordialmente.

Thank you for your reply.

I confirm receipt of the documentation that accredits Mr. Job van Hooff as trustee of IIG TOF B.V.

Kind regards.



**Alberto Zavalía Lagos**
*Gerente del Departamento de Asuntos Jurídicos*
**SanCor Cooperativas Unidas Limitada**
Ruta Panamericana Km 25,5 (B1611DFO)
Don Torcuato, Prov. Buenos Aires, Argentina
T.E. (5411) 4748-5300
Celular (54911) 3071-1634
alberto.zavalia@sancor.com.ar

| | |
|---|---|
| De: | Sophie Beerepoot <Sophie.Beerepoot@Stibbe.com> |
| Para: | "Alberto.Zavalia@sancor.com.ar" <Alberto.Zavalia@sancor.com.ar>, |
| cc: | "tallende@beccarvarela.com" <tallende@beccarvarela.com>, "Watt, Ainsley" <ainsley.watt@alvarezandmarsal.com>, Brent VanNorman <BVanNorman@trilincglobal.com>, "Kennedy, Christopher" <chris.kennedy@alvarezandmarsal.com>, "cmelhem@allende.com" <cmelhem@allende.com>, "Eduardo.Zago@sancor.com.ar" <Eduardo.Zago@sancor.com.ar>, "Marcelo.Gornati@sancor.com.ar" <Marcelo.Gornati@sancor.com.ar>, "MTipton@TriLincGlobal.com" <MTipton@TriLincGlobal.com>, "raymond.busuttil@iigbank-malta.com" <raymond.busuttil@iigbank-malta.com>, "Regelmann@thsh.com" <Regelmann@thsh.com>, "Riela@thsh.com" <Riela@thsh.com>, "Siciliano, Ralph A." <Siciliano@thsh.com>, ligtof <ligtof@Stibbe.com>, Job van Hooff <Job.vanHooff@Stibbe.com>, Daisy Nijkamp <Daisy.Nijkamp@Stibbe.com> |
| Fecha: | 28/09/2021 05:58 a.m. |
| Asunto: | RE: RV: [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí [STIBBE-Legal.FID612481] |

Dear Alberto,

Thank you for your e-mail. As previously requested and sent to Sancor via e-mail of 22 June 2020, please find attached the documentation certifying the appointment of Job van Hooff as bankruptcy trustee of IIG TOF BV and his authorization to act on behalf of this company. In addition, the signature of Job van Hooff is legalized and supplied with an apostille.

We assume that this is sufficient as far as IIG TOF BV is concerned, as lender of record.

Kind regards,
Sophie

Sophie Beerepoot
**Stibbe N.V.**
Assistant Trustee
T +31 20 546 08 65
M +31 6 154 300 97
Sophie.Beerepoot@Stibbe.com

Beethovenplein 10 - 1077 WM Amsterdam - The Netherlands
P.O. Box 75640 - 1070 AP Amsterdam - The Netherlands

**From:** Alberto.Zavalia@sancor.com.ar<Alberto.Zavalia@sancor.com.ar>
**Sent:** dinsdag 14 september 2021 17:19
**To:** tallende@beccarvarela.com
**Cc:** Watt, Ainsley <ainsley.watt@alvarezandmarsal.com>; Brent VanNorman <BVanNorman@trilincglobal.com>; Kennedy, Christopher <chris.kennedy@alvarezandmarsal.com>; cmelhem@allende.com; Daisy Nijkamp <Daisy.Nijkamp@Stibbe.com>; Eduardo.Zago@sancor.com.ar; ligtof <ligtof@Stibbe.com>; Job van Hooff <Job.vanHooff@Stibbe.com>; Marcelo.Gornati@sancor.com.ar; MTipton@TriLincGlobal.com; raymond.busuttil@iigbank-malta.com; Regelmann@thsh.com; Riela@thsh.com; Siciliano, Ralph A. <Siciliano@thsh.com>; Sophie Beerepoot <Sophie.Beerepoot@Stibbe.com>
**Subject:** Re: RV: [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí

Estimado Tomás

Muchas gracias por tu respuesta.

Coincidimos en el interés de llegar a un acuerdo, con todas las partes, lo antes posible.

En atención a vuestra propuesta y, a los efectos de poder realizar y presentar un plan integral de reestructuración de la deuda, te solicito tengas a bien remitirnos las constancias que acrediten el carácter de acreedor/ cesionario de cada uno de los acreedores (de STFF ya la tenemos) y los balances de capital e intereses de cada uno de ellos respecto de la deuda que SanCor tomó con IIG TOF B.V.

Mientras tanto, iremos reuniendo la documentación solicitada referida a la operación del inmueble de Tacuarí. Te recuerdo que esta operación está sujeta a vuestra decisión, y por lo tanto no avanzaremos con el posible comprador, hasta no haber acordado con ustedes.

Quedando a vuestra disposición para cualquier ampliación y aclaración, aprovecho la oportunidad para saludarte muy atentamente.

*Dear Tomás*

*Thank you very much for your answer.*

*We agree in the interest of reaching an agreement, with all parties, as soon as possible.*

*In response to your proposal and, in order to carry out and present a comprehensive debt restructuring plan, I ask you kindly to send us the proofs that prove the creditor / transferee status of each of the creditors (of STFF we have it) and the capital and interest balances of each of them with respect to the debt that SanCor took with IIG TOF BV*

*Meanwhile, we will gather the requested documentation regarding the operation of the Tacuarí property. I remind you that this operation is subject to your decision, and therefore we will not move forward with the potential buyer, until we have agreed with you.*

*Remaining at your disposal for any extension and clarification, I take the opportunity to greet you very kindly.*



**Alberto Zavalía Lagos**
*Gerente del Departamento de Asuntos Jurídicos*
**SanCor Cooperativas Unidas Limitada**
Ruta Panamericana Km 25,5 (B1611DFO)
Don Torcuato, Prov. Buenos Aires, Argentina
T.E. (5411) 4748-5300
Celular (54911) 3071-1634
alberto.zavalia@sancor.com.ar

---

De:      Tomás Allende <tallende@beccarvarela.com>
Para:    "Alberto.Zavalia@sancor.com.ar" <Alberto.Zavalia@sancor.com.ar>, "Eduardo.Zago@sancor.com.ar" <Eduardo.Zago@sancor.com.ar>, "Marcelo.Gornati@sancor.com.ar" <Marcelo.Gornati@sancor.com.ar>,
cc:      Sophie Beerepoot <Sophie.Beerepoot@Stibbe.com>, "IIGTOF@Stibbe.com" <IIGTOF@Stibbe.com>, "Job.vanHooff@Stibbe.com" <Job.vanHooff@Stibbe.com>, "Daisy.Nijkamp@Stibbe.com" <Daisy.Nijkamp@Stibbe.com>, "cmelhem@allende.com" <cmelhem@allende.com>, Brent VanNorman <BVanNorman@trilincglobal.com>, "MTipton@TriLincGlobal.com" <MTipton@TriLincGlobal.com>, "Regelmann@thsh.com" <Regelmann@thsh.com>, "Siciliano, Ralph A." <Siciliano@thsh.com>, "Riela@thsh.com" <Riela@thsh.com>, "raymond.busuttil@iigbank-malta.com" <raymond.busuttil@iigbank-malta.com>, "Kennedy, Christopher" <chris.kennedy@alvarezandmarsal.com>, "Watt, Ainsley" <ainsley.watt@alvarezandmarsal.com>
Fecha:   10/09/2021 07:02 p.m.
Asunto:  RV: [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí

*Dear Alberto,*

*We refer to your proposal dated 23 August 2021 in relation to the sale of cheese warrants as well as your email dated 1 September 2021 advising that there was an offer to purchase the property (in Tacuarí 202, City of Buenos Aires) which is held as collateral in favour of IIG TOF BV. We note that it is estimated that the cheese warrants can be realised for USD $4,000,000 and that the offer for the property is for USD $1,452,612.*

*It is in all parties interests for an agreement to be reached quickly and we undertake to work with SanCor to agree any proposal that is submitted, however, we would require such proposal to be more aligned with the below-mentioned terms.*

*Taking into consideration the offers made by SanCor concerning the cheese warrants and the sale of SanCor´s property, we would require an amended proposal from Sancor to detail that from the combined sale proceeds, Sancor retains an amount of USD $1,000,000. Under this scenario, the balance of approximately $4,400,000 would be distributed to the lenders and used to repay the outstanding interest that has accrued on the loan balance (noting that interest is currently accruing at a default interest rate under the terms of the loan agreement). If the costs of disposing of the cheese are less than expected, any savings can be kept by SanCor.*

*Please note that the above-mentioned distribution to SanCor of USD $1,000,000 plus the savings is subject to SanCor providing full particulars of the sale of the property. For example, we expect to be provided with a copy of the draft sales contract, details of the proposed purchaser, recent market valuation reports, details of any marketing campaigns, any non-cash element of the purchase price etc.*

*We further note that this proposal has been made on the basis that these two sales are the only repayments that SanCor has proposed to make since is ceased making payments under the loan agreement in mid-2019. Whilst the STFF liquidators have requested that SanCor provides a full restructuring proposal and repayment proposals for many months, they have yet to receive such. Accordingly, the USD $1,000,000 and any savings which would be allocated to SanCor, would be held in an escrow account to be released to SanCor as soon as a plan for a full restructuring of the debt is agreed.*

*We appreciate your consideration of the above key terms which we would need Sancor to agree to and we look forward to your response. We request that such response is provided by 22 September 2021*

Estimado Alberto,

Nos dirigimos a usted con motivo de su propuesta de fecha 23 de agosto de 2021 en relación con la liberación total de los warrants de queso, así como al correo electrónico de fecha 1 de septiembre de 2021 en el que informa sobre una oferta de compra del inmueble (en Tacuarí 202, Ciudad de Buenos Aires) el cual tiene una hipoteca constituida a favor de IIG TOF BV como garantía del contrato de préstamos. Conforme lo informado, se estima que los quesos se pueden realizar por la suma aproximada USD $ 4.000.000 y que la oferta por el inmueble es de USD $ 1.452.612.

Es de interés de todas las partes llegar a un acuerdo rápidamente y nos comprometemos a trabajar junto con SanCor para acordar cualquier propuesta que se presente, sin embargo, es importante que dicha propuesta esté alineada con los términos que se mencionan a continuación.

Tomando en consideración las ofertas realizadas por SanCor con respecto a los quesos y la venta del inmueble de SanCor, solicitamos modificar la propuesta de SanCor y unificar ambas de manera tal que los ingresos combinados

de las ventas de activos permitan a SanCor retener el monto de USD $ 1.000.000 y a los acreedores el saldo restante de aproximadamente USD 4.400.000 para cancelar los intereses devengados del préstamo (teniendo en cuenta que los intereses se acumulan actualmente a una tasa de interés predeterminada según los términos del contrato de préstamo). Si los costos asociados a la preparación y venta de los quesos fueran menor de lo esperado, SanCor podrá beneficiarse de dichos ahorros y conservarlos junto a la suma de USD 1.000.000.

La distribución a SanCor de USD $ 1.000.000 más los ahorros mencionados está sujeta a que SanCor proporcione la información y detalle completo de la venta del inmueble. Por ejemplo: borrador del contrato de venta, datos del comprador, tasaciones que confirmen que la venta es a valor de mercado, detalles de cualquier campaña de marketing y/o pago del precio de compra en especie (si lo hubiera), etc.  Asimismo y teniendo en cuenta que esta propuesta sería el único pago realizado por SanCor en virtud del contrato de préstamo desde mediados de 2019, la segunda condición para la liberación de dichas sumas, es la recepción de una propuesta de reestructuración completa tal como los liquidadores de STFF han solicitado a SanCor hace meses.

En consecuencia, la suma de USD $ 1.000.000 y los ahorros que recibirá SanCor, se mantendrán en una cuenta de *escrow* y se liberarán tan pronto como se acuerde un plan integral de reestructuración de la deuda.

Agradecemos su consideración de los términos aquí mencionados, esperando que SanCor acepte los mismos. Quedamos atentos a vuestra respuesta, la cual solicitamos que se proporcione antes del 22 de septiembre de 2021 para poder avanzar con la documentación correspondiente.

Sin otro particular los saluda atentamente,

Tomas Allende
Socio/Partner




tallende@beccarvarela.com
TE - + 54 (0) 11 4379-6805
CEL + 54 (9) 11 6152-0875

Beccar Varela
**Sede Central:** Edificio República, Tucumán 1, piso 3 (C1049AAA)
Ciudad Autónoma de Buenos Aires, Argentina.
**Sede Zona Norte:** Torre de las Naciones, Luis García 695, piso 9 (B1648AEC)
Tigre, Prov. de Buenos Aires, Argentina.
www.beccarvarela.com | LinkedIn | Facebook | Twitter
Aviso Legal / Disclaimer

**From:** "Alberto.Zavalia@sancor.com.ar" <Alberto.Zavalia@sancor.com.ar>
**Date:** Wednesday, September 1, 2021 at 15:24
**To:** Tomás Allende <tallende@beccarvarela.com>
**Cc:** "cmelhem@allende.com" <cmelhem@allende.com>, "Eduardo.Zago@sancor.com.ar" <Eduardo.Zago@sancor.com.ar>, "Marcelo.Gornati@sancor.com.ar" <Marcelo.Gornati@sancor.com.ar>

**Subject:** [EXTERNAL] Rm: Deuda IIG - Hipoteca Tacuarí

Estimado Tomás

Conforme te lo adelantara, SanCor recibió una oferta para la compra de las oficinas de la calle Tacuarí 202 CABA que se encuentran hipotecadas en garantía a favor de IIG TOF B.V.

Con el producido de esta venta, proponemos cancelar el tramo de deuda, garantizado con dicha hipoteca, de dólares estadounidenses un millón cuatrocientos cincuenta y dos mil seiscientos doce (u$s 1.452.612), con una quita del 50%.

Conforme a ello, realizaríamos un pago de dólares estadounidenses setecientos veintiseis mil trescientos seis (u$s 726.306) al momento de realizarse el levantamiento de la hipoteca y venta del inmueble que realizaríamos en forma inmediata una vez obtenida vuestra conformidad y en la cuenta que ustedes indiquen.

Entiendo que, en el contexto actual respecto a la situación inmobiliaria de la Ciudad de Buenos Aires, la oferta es muy buena y no debemos dejarla pasar.

A sus efectos, copio a Carlos Melhem.

Al aguardo de una pronta respuesta, aprovecho para saludarlos cordialmente.



**Alberto Zavalía Lagos**
*Gerente del Departamento de Asuntos Jurídicos*
**SanCor Cooperativas Unidas Limitada**
Ruta Panamericana Km 25,5 (B1611DFO)
Don Torcuato, Prov. Buenos Aires, Argentina
Celular (54911) 3071-1634
alberto.zavalia@sancor.com.ar
Conozca más sobre SanCor en http://www.sancor.com

Este mensaje y sus adjuntos son confidenciales y para uso exclusivo del destinatario arriba indicado. Quien lo recibiere por error, no tendrá derecho a usarlo o reenviarlo, de cualquier forma. No se garantiza seguridad o exactitud de la información y anexos, o la inexistencia de virus, atentos a la naturaleza abierta de las comunicaciones por Internet. Las opiniones y material del mensaje son responsabilidad del autor y emisor del mismo y no atribuibles al Grupo SanCor Cooperativas Unidas Limitada ni a ninguna de sus Empresas, salvo que ello surgiera fehacientemente del mensaje, y éste proviniera de un funcionario del citado Grupo con facultades para obligarlo y en ejercicio de sus funciones.

Conozca más sobre SanCor en http://www.sancor.com

Este mensaje y sus adjuntos son confidenciales y para uso exclusivo del destinatario arriba indicado. Quien lo recibiere por error, no tendrá derecho a usarlo o reenviarlo, de cualquier forma. No se garantiza seguridad o exactitud de la información y anexos, o la inexistencia de virus, atentos a la naturaleza abierta de las comunicaciones por Internet. Las opiniones y material del mensaje son responsabilidad del autor y emisor del mismo y no atribuibles al Grupo SanCor Cooperativas Unidas Limitada ni a ninguna de sus Empresas, salvo que ello surgiera fehacientemente del mensaje, y éste proviniera de un funcionario del citado Grupo con facultades para obligarlo y en ejercicio de sus funciones.

Amsterdam Brussels London Luxembourg New York
Before printing this e-mail consider the impact on the environment.

This e-mail may contain privileged or confidential information. If you have received this e-mail in error, please notify us immediately.

Stibbe N.V. is a Dutch law firm registered with the Dutch Chamber of Commerce under number 34198700. Any services performed are carried out under an agreement for services ('overeenkomst van opdracht') with Stibbe N.V. This agreement and the entire legal relationship with Stibbe N.V. are governed exclusively by Dutch law, with the exception of rules of international private law which may lead to the applicability of the laws from other jurisdictions. Any disputes that are related to our services shall in the first instance be exclusively decided by the competent court in Amsterdam, the Netherlands. The general conditions of Stibbe N.V., which include a limitation of liability, apply and are available on http://www.stibbe.com/generalconditions, at the registry of the Amsterdam District Court and will be forwarded upon request.

Stibbe N.V. is part of an international network of Stibbe offices in Amsterdam, Brussels, London, Luxembourg and New York. More information about us and our services can be found on http://www.stibbe.com/importantinformation.

[anexo 20200619 Certificate IIG TOF BV.pdf eliminado por Alberto Zavalia/SANCOR]

Conozca más sobre SanCor en http://www.sancor.com

Este mensaje y sus adjuntos son confidenciales y para uso exclusivo del destinatario arriba indicado. Quien lo recibiere por error, no tendrá derecho a usarlo o reenviarlo, de cualquier forma. No se garantiza seguridad o exactitud de la información y anexos, o la inexistencia de virus, atentos a la naturaleza abierta de las comunicaciones por Internet. Las opiniones y material del mensaje son responsabilidad del autor y emisor del mismo y no atribuibles al Grupo SanCor Cooperativas Unidas Limitada ni a ninguna de sus Empresas, salvo que ello surgiera fehacientemente del mensaje, y éste proviniera de un funcionario del citado Grupo con facultades para obligarlo y en ejercicio de sus funciones.

Conozca más sobre SanCor en http://www.sancor.com

Este mensaje y sus adjuntos son confidenciales y para uso exclusivo del destinatario arriba indicado. Quien lo recibiere por error, no tendrá derecho a usarlo o reenviarlo, de cualquier forma. No se garantiza seguridad o exactitud de la información y anexos, o la inexistencia de virus, atentos a la naturaleza abierta de las comunicaciones por Internet. Las opiniones y material del mensaje son responsabilidad del autor y emisor del mismo y no atribuibles al Grupo SanCor Cooperativas Unidas Limitada ni a ninguna de sus Empresas, salvo que ello surgiera fehacientemente del mensaje, y éste proviniera de un funcionario del citado Grupo con facultades para obligarlo y en ejercicio de sus funciones.