Patrick E. Fitzmaurice
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000
Facsimile: 212.858.1500

*Attorneys for Plaintiff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IIG Global Trade Finance Fund Ltd. (in Official Liquidation), *et al.*,<br><br>Debtors. | Case No. 20-10132 (MEW)<br><br>Chapter 15<br><br>Jointly Administered |
| IIG Structured Trade Finance Fund Limited (in Official Liquidation),<br><br>Plaintiff,<br><br>v.<br><br>Sancor Cooperativas Unidas Limitada and Sancor do Brasil, Productos Alimenticios Ltda.,<br><br>Defendants. | Adv. Pro. No. 23-01170 (MEW) |

**NOTICE OF APPEARANCE OF PATRICK E. FITZMAURICE**

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel for plaintiff IIG Structured Trade Finance Fund Limited (in Official Liquidation) in the above captioned adversary proceeding and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the

following address:

>Pillsbury Winthrop Shaw Pittman LLP
>31 West 52nd Street
>New York, New York 10019
>Telephone: (212) 858-1000
>Facsimile: (212) 858-1500
>Patrick Fitzmaurice
>E-mail: patrick.fitzmaurice@pillsburylaw.com

Dated: September 12, 2023
     New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Patrick E. Fitzmaurice
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
E-mail: patrick.fitzmaurice@pillsburylaw.com

*Attorneys for Plaintiffs*